## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**v.**                          **Case No. 4:18-cr-00235 KGB**

**WILLIE WELLS, III**                                      **DEFENDANT**

### FINAL ORDER OF FORFEITURE

Before the Court is the United States' motion for final order of forfeiture (Dkt. No. 97). On January 24, 2020, this Court entered a preliminary order of forfeiture, ordering defendant Willie Wells, III to forfeit his interest in one Glock, Model 31, .357 caliber semi-automatic pistol, bearing serial number CSC223US; and assorted ammunition (collectively "property subject to forfeiture").

The United States published notice of this forfeiture and the United States' intent to dispose of the property in accordance with the law as specified in the preliminary order. *See* Advertisement Certification (Dkt. No. 97-1). The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for 30 consecutive days beginning on January 28, 2020, and ending on February 26, 2020. Further, the United States also made reasonable efforts to identify and give direct notice of this forfeiture to all persons who reasonably appear to have standing to contest this forfeiture in an ancillary proceeding. No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

Now the United States petitions the Court to enter a final order of forfeiture, which will vest all right, title, and interest in the United States. The United States also asks this Court to authorize the United States to dispose of the property according to law.

It is hereby ordered that the property subject to forfeiture is forfeited to the United States. It is further ordered that all right, title, and interest in the property subject to forfeiture is hereby vested in the United States of America and shall be disposed of according to law.  This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

It is so ordered this 5th day of October, 2020.

Kristine G. Baker
United States District Judge